RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/11/06

# FALCON LAW FIRM, PLC

5044 Lapalco Boulevard
Marrero, Louisiana 70072

Telephone (504) 341-1234
Facsimile (504) 341-8115
Toll Free 1-800-556-3131
writer's e-mail address: jerry@falconlaw.com

*Timothy J. Falcon*
*Jeremiah A. Sprague*

*Maritime Law*
*General Civil Practice*

June 17, 2006

Honorable Tucker L. Melancon
Judge, U.S. District Court
Western District of Louisiana
800 Lafayette Street, Suite 2100
Lafayette, LA 70501

04-cv-1017

RE: **James Billy LaFleur**
 **v. The Law Offices of Anthony G. Buzbee, P.C., et al**
 **U.S.D.C., W.D.LA C/A No. 04-1017 L-O**

Dear Judge Melancon:

In compliance with the order you gave me in Open Court on June 28, 2004, I am corresponding to update the Court with developments in the above referenced case since remand. Both James Lafleur and Roland Jones have finalized settlements with Anthony G. Buzbee and Anthony G. Buzbee, P.C. Roland Jones is the plaintiff in the companion case which was before Judge Englehardt in the Eastern District. The Jones case was also remanded. Messrs. Lafleur and Jones continue to prosecute their claims against the Stern Defendants.

Also, as you ordered on June 28, 2004, I forwarded all pleadings relevant to the motion to remand to the Texas and Louisiana attorney disciplinary bodies. I enclose their respective responses for your review.

If you require anything further, please let me know.

Respectfully yours,

Jeremiah A. Sprague

JAS/knr
Encls.
cc: Mark Myers, Esq.
 David Groner, Esq.
 Mr. Ramsey Jones
 Mr. Clarence Jones



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

## OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

December 20, 2004

Jeremiah A. Sprague, Esq.
5044 Lapalco Boulevard
Marrero, LA 70072

RE: **2004-ADMIN-1020**
**Anthony G. Buzbee & Jeffrey Stern**

Dear Mr. Sprague:

We are in receipt of your letter dated July 2, 2004 and the attachments. This matter will continue to be monitored as an administrative file. As such, this matter has been assigned an administrative file number only for our own internal ease of future reference. Should you provide additional correspondence in the future, please reference this file number as listed above.

Sincerely,

JAMES T. DALY
Screening Counsel

JTD/bgs

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 14, 2004

Jeremiah A. Sprague
5044 Lapalco Blvd.
Marrero, Louisiana 70072

Re: H0090418551   Jeremiah A. Sprague - Jeffrey M Stern

Dear Mr. Sprague:

The Office of Chief Disciplinary Counsel of the State Bar of Texas has reviewed the above-referenced Grievance and determined that the information provided alleges Professional Misconduct. The lawyer will be provided a copy of your Complaint, directed to file a response, and provide you a copy of the response within thirty (30) days of receiving notice of the Complaint.

After receipt of the lawyer's written response, the Office of Chief Disciplinary Counsel shall investigate the Complaint to determine whether there is Just Cause to believe that the lawyer has committed Professional Misconduct requiring that a Sanction be imposed. During this time it is important that you keep us informed of any changes to your address, telephone number, or employment, and that you cooperate fully with our investigation.

**Disciplinary Proceedings, including the investigation and processing of a Complaint, are strictly confidential.** Facts and evidence which are discoverable elsewhere are not made confidential merely because they are discussed or introduced in the course of a disciplinary proceeding.

You will be notified in writing of further proceedings in this matter.

Sincerely,

*Audrie Lawton*

Audrie Lawton
Administrative Attorney
Office of the Chief Disciplinary Counsel
State Bar of Texas
rs
CF2-5.PRI

1111 Fannin, Suite 1370, Houston, Texas 77002, (713) 759-6931, (713) 752-2158 (FAX)